

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-21-00102-CR &
06-21-00103-CR

RODNEY WAYNE CALHOUN, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court Nos. 19-0162X & 19-0163X

Before Morriss, C.J., Stevens and Carter,* JJ.

_____
*Jack Carter, Justice, Retired, Sitting by Assignment

# ORDER

Our review of the clerk's record and the reporter's record in each of these cases indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Sensitive data also includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). The clerk's record in both cases contains social security numbers. Volumes four, five, and six of the reporter's record in both cases contain the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's record in both cases and volumes four through six of the reporter's record in both cases contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's record in both cases and volumes four through six of the reporter's record in both cases.

IT IS SO ORDERED.

BY THE COURT

Date: May 2, 2022